DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VALERIE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. MAG-07-394-EFB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO EXTEND |
| v. ) | TIME FOR PRELIMINARY EXAMINATION |
| ) | AND EXCLUDE TIME |
| VALERIE HARRIS, ) | |
| Defendant. ) | Date: February 21, 2008 |
| ) | Time: 2:00 p.m. |
| _____ ) | Judge: Hon. Kimberly J. Mueller |

The parties agree that time beginning January 31, 2008 and extending through February 21, 2008 should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for preliminary examination until February 21, 2008. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the parties can discuss a proposed disposition and conduct investigation.

Case 2:07-mj-00394-EFB   Document 10   Filed 01/31/08   Page 2 of 2

1    Counsel for the defendant has talked to the defendant in this
2 case, Valerie Harris, and she consents to this continuance, and we both
3 believe that it is in the interest of justice.
4    The parties stipulate that this interest of justice outweighs the
5 interest of the public and the defendant in a speedy filing of an
6 indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further
7 that this good cause outweighs the public's interest in the prompt
8 disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).
9    The parties further request that this matter be taken off calendar
10 until February 21, 2008, or such time as either party may request a
11 hearing for a  purpose other than preliminary examination.
12 DATE: January 29, 2008

Respectfully Submitted,

DANIEL BRODERICK
Federal Defender


/s/ Dennis S. Waks
DENNIS S. WAKS
Supervising Assistant Federal Defender


DATE: January 29, 2008        McGREGOR W. SCOTT
                              United States Attorney

                         By:  /s/ Michelle Rodriguez
                              MICHELLE RODRIGUEZ
                              Assistant U.S. Attorney


**SO ORDERED.**

DATE: 01/30/08                /s/ Gregory G. Hollows
                              _____
                              HON. GREGORY G. HOLLOWS
                              U.S. Magistrate Judge
harris394.ord

Stip & Order/Valerie Harris            -2-