1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   VALERIE HARRIS

            IN THE UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. MAG-07-394-EFB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO EXTEND |
| v. ) | TIME FOR PRELIMINARY EXAMINATION |
| ) | AND EXCLUDE TIME |
| VALERIE HARRIS, ) | |
| Defendant. ) | Date:  March 6, 2008 |
| ) | Time:  2:00 p.m. |
| _____ ) | Judge: Hon. Edmund F. Brennan |

     The parties agree that time beginning February 21, 2008, and extending through March 6, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for preliminary examination until March 6, 2008.  Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the parties can discuss a proposed disposition and conduct investigation.

1  Counsel for the defendant has talked to the defendant in this
2  case, Valerie Harris, and she consents to this continuance, and we both
3  believe that it is in the interest of justice.
4  The parties stipulate that this interest of justice outweighs the
5  interest of the public and the defendant in a speedy filing of an
6  indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further
7  that this good cause outweighs the public's interest in the prompt
8  disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).
9  The parties further request that this matter be taken off calendar
10 until March 6, 2008, or such time as either party may request a
11 hearing for a purpose other than preliminary examination.
12 DATE: February 20, 2008

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


                                    /s/ Dennis S. Waks
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender


DATE: February 20, 2008             McGREGOR W. SCOTT
                                    United States Attorney


                             By:    /s/ Michelle Rodriguez
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney


**SO ORDERED.**

DATE: February 21, 2008.

                                    _____
                                    U.S. MAGISTRATE JUDGE

Stip & Order/Valerie Harris            -2-